-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NANCY ANNE TEBO, 10G0433,

        Plaintiff,

        -v-

CHRISTOPHER MOSS, Sheriff;
Lt. DANIEL MANDELL and
Captain CHARLES WILSON;

        Defendants.

**DECISION AND ORDER**
11-CV-6503P

---

    Plaintiff Nancy Anne Tebo, an inmate of the Bedford Hills Correctional Facility, has filed this *pro se* action seeking relief under 42 U.S.C. § 1983, and has paid the filing fee. The complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915A criteria.

    Because plaintiff paid the filing fee, he is responsible for service of the summons, complaint, and this order on the defendants. The Court notes that plaintiff is an inmate of a correctional facility who is proceeding *pro se*, and thus he may wish to request service by the United States Marshal at a nominal cost, as explained in the attached information. Should plaintiff choose to do so, he should utilize the attached Application for an Order Directing Service by the U.S. Marshal. If plaintiff lacks the funds for service, she may apply for poor person status and provide the Court with a signed authorization. The Clerk of the Court

is directed to issue the summons and send them to plaintiff together with this order.

Pursuant to 42 U.S.C. § 1997e(g), defendants are directed to answer the complaint.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
DISTRICT COURT

Dated: __Oct. 20__, 2011